UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVER TADEVOSYAN and LALA TADEVOSYAN,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01631-JLT-EPG<br><br>ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 17) |

Plaintiffs Nver Tadevosyan and Lala Tadevosyan ("Plaintiffs") and Defendant Safeco Insurance Company of America ("Safeco") (collectively "the Parties"), through their attorneys of record, hereby jointly submit this stipulation to modify the discovery deadlines set forth in the Court's scheduling order of March 30, 2023, subject to the Court's approval.

WHEREAS, on March 30, 2023, the Court issued its Scheduling Conference Order (Dkt. 11);

WHEREAS, relevant parts of the Court's scheduling order, set forth the following case schedule:

| | |
|---|---|
| Nonexpert Discovery Cutoff [Friday]: | April 29, 2024 |
| Expert Disclosure: | May 29, 2024 |
| Rebuttal Expert Disclosure: | July 1, 2024 |
| Expert Discovery Cutoff: | July 29, 2024 |

1

| | | |
|---|---|---|
| 1 | Dispositive Motion Filing Deadline: | September 13, 2024 |
| 2 | Settlement Conference Deadline: | TBD |
| 3 | Pretrial Conference: | January 13, 2025 |
| 4 | Jury Trial: | March 18, 2025 |

WHEREAS, the Parties have been continuing to engage in discovery, including written discovery, third party discovery and the noticing of depositions;

WHEREAS, while depositions have been noticed, the Parties have agreed to participate in a mediation and are in the process of scheduling the mediation;

WHEREAS, due to the impacted schedules of many mediators, and the schedules of the parties and their attorneys, the parties anticipate mediation being completed by June 30, 2024;

WHEREAS, the Parties agree that mediation in advance of incurring the time and expenses of some fact witness depositions will increase the likelihood of resolution;

WHEREAS, the parties make this request to consolidate the fact and expert discovery cutoff dates;

WHEREAS, the parties agree that simply consolidating the fact and expert discovery cut off dates will allow sufficient time to complete mediation and all discovery;

WHEREAS, the parties have not previously stipulated to modify the Scheduling Order;

WHEREAS, consolidating the fact and expert discovery cut-off deadlines will not affect the dispositive motion filing deadline, the pretrial conference date, or the trial date.

THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate and respectfully request the Court's approval as follows:

That the current discovery deadlines be modified as follows:

New completion of fact/expert discovery deadline:   July 29, 2024

IT IS SO STIPULATED.

Dated:  April 11, 2024                                    WILKINS DROLSHAGEN & CZESHINSKI LLP

By:  */s/ James H. Wilkins*
James H. Wilkins

Attorneys for Plaintiffs, NVER and LALA TADEVOYSAN

Dated: April 11, 2024                                          MAYNARD NEXSEN LLP

By:  */s/ Nicholas J. Boos*
Nicholas J. Boos
Corban J. Porter
Attorneys for Defendant SAFECO INSURANCE COMPANY OF AMERICA

### **ORDER**

Pursuant to the parties' stipulation (ECF No. 17), IT IS ORDERED that the current discovery deadlines be modified such that the new completion of fact/expert discovery is July 29, 2024. All remaining pretrial and trial dates shall remain consistent with the March 30, 2023 scheduling order. (ECF No. 11)

IT IS SO ORDERED.

Dated:  **April 15, 2024**                        /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

3