UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVER TADEVOSYAN and LALA TADEVOSYAN,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:22-CV-01631-JLT-EPG<br><br>STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER<br><br>(ECF No. 19) |

Plaintiffs Nver Tadevosyan and Lala Tadevosyan ("Plaintiffs") and Defendant Safeco Insurance Company of America ("Safeco") (collectively "the Parties"), through their attorneys of record, hereby jointly submit this stipulation to modify the discovery deadlines set forth in the Court's scheduling order of March 30, 2023, subject to the Court's approval.

WHEREAS, on March 30, 2023, the Court issued its Scheduling Conference Order (Dkt. 11);

WHEREAS, relevant parts of the Court's scheduling order, set forth the following case schedule:

| | |
|---|---|
| Nonexpert Discovery Cutoff [Friday]: | April 29, 2024 |
| Expert Disclosure: | May 29, 2024 |
| Rebuttal Expert Disclosure: | July 1, 2024 |
| Expert Discovery Cutoff: | July 29, 2024 |
| Dispositive Motion Filing Deadline: | September 13, 2024 |
| Settlement Conference Deadline: | TBD |
| Pretrial Conference: | January 13, 2025 |
| Jury Trial: | March 18, 2025 |

WHEREAS, the Parties have been continuing to engage in discovery, including written discovery, third party discovery and the noticing of depositions;

WHEREAS, on April 11, 2024, the Parties requested a modification of the fact discovery cutoff (Dkt 17), and the Court granted the request on April 15, 2024, setting the fact discovery cutoff as July 29, 2024 (Dkt. 18);

WHEREAS, due to an oversight, when the Parties requested a continuance of the fact discovery cutoff, the Parties mistakenly failed to seek a corresponding continuance of the expert discovery schedule;

WHEREAS, fact discovery will be used in expert reports such that the Parties agree, and respectfully request, that the dates for initial expert disclosures, rebuttal expert disclosures, and expert discovery cutoff be extended for a duration corresponding with the previous extension of the fact discovery cutoff date;

WHEREAS, therefore, the Parties respectfully request a continuance of the expert discovery schedule as follows:

| | |
|---|---|
| Expert Disclosure: | August 12, 2024 |
| Rebuttal Expert Disclosure: | August 26, 2024 |
| Expert Discovery Cutoff: | September 9, 2024 |

WHEREAS, continuing the expert discovery schedule will not affect the dispositive motion filing deadline, the pretrial conference date, or the trial date.

THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate and respectfully request the Court's approval.

IT IS SO STIPULATED.

Dated: May 21, 2024

WILKINS DROLSHAGEN & CZESHINSKI LLP

By: */s/ James H. Wilkins*
James H. Wilkins
Attorneys for Plaintiffs, NVER and LALA TADEVOYSAN

Dated: May 21, 2024

MAYNARD NEXSEN LLP

By: */s/ Nicholas J. Boos**
Nicholas J. Boos
Corban J. Porter
Attorneys for Defendant SAFECO INSURANCE COMPANY OF AMERICA

* Pursuant to L.R. 5-4.3.4(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Based on the parties' stipulation (ECF No. 19), the Court modifies the current scheduling order to grant the parties' request as follows:

The current discovery deadlines be modified such that the new expert discovery schedule shall reflect as follows:

| | |
|---|---|
| Expert Disclosure: | August 12, 2024 |
| Rebuttal Expert Disclosure: | August 26, 2024 |
| Expert Discovery Cutoff: | September 9, 2024 |

All remaining pretrial and trial dates shall remain consistent with the March 30, 2023 Scheduling Order as modified by the Court's Order dated April 15, 2024. (ECF Nos. 11, 18).

IT IS SO ORDERED.

Dated: **May 22, 2024**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE