UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVER TADEVOSYAN and LALA TADEVOSYAN,<br><br>            Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  1:22-cv-01631-JLT-EPG<br><br>STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER<br><br>(ECF No. 21) |

Plaintiffs Nver Tadevosyan and Lala Tadevosyan ("Plaintiffs") and Defendant Safeco Insurance Company of America ("Safeco") (collectively "the Parties"), through their attorneys of record, hereby jointly submit this stipulation to modify the discovery deadlines set forth in the Court's scheduling order of March 30, 2023, subject to the Court's approval.

WHEREAS, on March 30, 2023, the Court issued its initial Scheduling Conference Order (Dkt. 11);

WHEREAS, relevant parts of the Court's scheduling order, set forth the following case schedule:

| | |
|---|---|
| Nonexpert Discovery Cutoff [Friday]: | April 29, 2024 |
| Expert Disclosure: | May 29, 2024 |
| Rebuttal Expert Disclosure: | July 1, 2024 |

| | |
|---|---|
| Expert Discovery Cutoff: | July 29, 2024 |
| Dispositive Motion Filing Deadline: | September 13, 2024 |
| Settlement Conference Deadline: | TBD |
| Pretrial Conference: | January 13, 2025 |
| Jury Trial: | March 18, 2025 |

WHEREAS, on April 11, 2024, the Parties requested a modification of the fact discovery cutoff (Dkt 17), and the Court granted the request on April 15, 2024, setting the fact discovery cutoff as July 29, 2024 (Dkt. 18);

WHEREAS, the parties identified an oversight related to the expert discovery schedule in their April 11, 2024 request and, on May 21, 2024, requested a continuance of the dates for initial expert disclosures, rebuttal expert disclosures, and expert discovery cutoff be extended for a duration corresponding with the previous extension of the fact discovery cutoff date (Dkt. 19);

WHEREAS, on May 22, 2024 (Dkt. 20), the Court continued the expert discovery schedule as follows:

| | |
|---|---|
| Expert Disclosure: | August 12, 2024 |
| Rebuttal Expert Disclosure: | August 26, 2024 |
| Expert Discovery Cutoff: | September 9, 2024 |

WHEREAS, the Parties continue to engage in discovery, including good faith attempts to notice key third-party and party depositions, but have learned that it will not be possible to complete depositions required prior to the cutoff;

WHEREAS, fact discovery, including party depositions, will be used in expert reports and is necessary for expert discovery;

WHEREAS, Plaintiffs' counsel has informed Safeco's counsel that Plaintiffs are, and will continue to be, out of the country until August 16, 2024;

WHEREAS, counsel for Safeco has trials set for July 19, 2024 in San Diego County Superior Court and August 13, 2024 in the United States District Court for the Central District of California;

WHEREAS, the Parties make this request a continuation of the fact and expert discovery cutoff dates;

WHEREAS, the Parties agree that continuing the fact and expert discovery cut off dates

will allow sufficient time to complete mediation and all discovery;

WHEREAS, continuing the fact and expert discovery cut-off deadlines will not affect the dispositive motion filing deadline, the pretrial conference date, or the trial date.

THEREFORE, the Parties, by and through their respective counsel of record, agree and stipulate and respectfully request the Court's approval as follows:

That the current discovery deadlines be modified as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff [Friday]: | September 13, 2024 |
| Expert Disclosure: | September 13, 2024 |
| Rebuttal Expert Disclosure: | September 30, 2024 |
| Expert Discovery Cutoff: | October 14, 2024 |

IT IS SO STIPULATED.

Dated: July 11, 2024                WILKINS DROLSHAGEN & CZESHINSKI LLP


By:  */s/ James H. Wilkins*
     James H. Wilkins
     Attorneys for Plaintiffs, NVER and LALA
     TADEVOYSAN


Dated: July 11, 2024                MAYNARD NEXSEN LLP


By:  */s/ Nicholas J. Boos*
     Nicholas J. Boos
     Attorneys for Defendant SAFECO
     INSURANCE COMPANY OF AMERICA

## **ORDER**

Based on the parties' stipulation (ECF No. 21), the Court modifies the current scheduling order to grant the parties' requests as follows:

The current discovery deadlines are modified such that the new completion of fact/expert discovery is as follows:

| | |
|---|---|
| Nonexpert Discovery Cutoff [Friday]: | September 13, 2024 |
| Expert Disclosure: | September 13, 2024 |
| Rebuttal Expert Disclosure: | September 30, 2024 |
| Expert Discovery Cutoff: | October 14, 2024 |

All remaining pretrial and trial dates shall remain consistent with the March 30, 2023 scheduling order.

IT IS SO ORDERED.

Dated:  **July 12, 2024**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE